| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br><br>Freddy and Janet Gonzalez<br>Debtors |

Order Filed on 12/19/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 13-20984 KCF

Adv. No.:

Hearing Date:    December 18, 2013 at 9:00 a.m.

Judge:  Ferguson

### ORDER REINSTATING

☒ CASE     ☐ AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: 12/19/2013**

_/s/ Kathryn C. Ferguson_
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been presented to the Court by Jenkins & Clayman and for good cause it is

**ORDERED** that :

☒ the Order of dismissal filed on October 16, 2013 is vacated and the case shall be reinstated.

☐ the Order Vacating the Automatic Stay filed on ____ is vacated and the automatic stay is reimposed.

*Approved by Judge Kathryn C. Ferguson December 19, 2013*